```
 1  SEYFARTH SHAW LLP
    Andrew M. Paley (SBN 149699)
 2  apaley@seyfarth.com
    David D. Jacobson (SBN 143369)
 3  djacobson@seyfarth.com
    2029 Century Park East, Suite 3300
 4  Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
 5  Facsimile: (310) 201-5219
 6  Attorneys for Defendant
    RADIOSHACK CORPORATION
 7
```

E-filing

ORIGINAL FILED
AUG 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| RICHARD STUART, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C07-04499 EMC<br><br>CLASS ACTION<br><br>NOTICE OF INTERESTED PARTIES<br><br>(Alameda Superior Court Case No. RGO 7329680) |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant RadioShack Corporation certify that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

---

NOTICE OF INTERESTED PARTIES

LA1 6652089.1

Interested Parties:

1. Richard Stuart – Plaintiff
2. RadioShack Corporation – Defendant

DATED: August 30, 2007                    SEYFARTH SHAW LLP

By _____
Andrew M. Paley
David D. Jacobson
Attorneys for Defendant
RADIOSHACK CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

On August 30, 2007, I served the following described as **Notice of Interested Parties** interested parties in this action:

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[and/or]

[ ] by placing [xx] the original and/or [ ] true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[XX] **(VIA U.S. MAIL)**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed August 30, 2007 at Los Angeles, California.

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cherie Thompson

LA1 6650247.1

# SERVICE LIST

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel:   (213) 387-3400<br>Fax:  (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Paul R. Fine, Esq.<br>Scott A. Brooks, Esq.<br>Craig S. Momita, Esq.<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 556-7900<br>Fax:  (310) 556-7900 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>Law Offices of Ian Herzog<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel:   (310) 458-6660<br>Fax:  (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |

LA1 6650247.1