ORIGINAL
FILED

07 AUG 31 PM 12: 17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



1   SEYFARTH SHAW LLP
    Andrew M. Paley (SBN 149699)
2   apaley@seyfarth.com
    David D. Jacobson (SBN 143369)
3   djacobson@seyfarth.com
    2029 Century Park East, Suite 3300
4   Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
5   Facsimile: (310) 201-5219

6   Attorneys for Defendant
    RADIOSHACK CORPORATION
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10

11  RICHARD STUART, individually, and        ) Case No. C07-04499 EMC
    on behalf of all others similarly situated )
12  and the California general public; and    ) [Assigned to Magistrate Judge
    DOES 1 through 1000, inclusive,           ) Edward M. Chen, Courtroom C]
13                                             )
14              Plaintiffs,                    ) **CLASS ACTION**
                                               )
15        v.                                   ) **NOTICE OF COMPLIANCE
                                               ) WITH 28 U.S.C. § 1446(D)**
16  RADIOSHACK CORPORATION, a                  )
    Delaware corporation; and DOES 1          )
17  through 100, inclusive,                    )
                                               ) (Alameda Superior Court Case No.
18              Defendants.                     ) RGO 7329680)
                                               )
19

20       **TO THE CLERK OF THE UNITED STATES DISTRICT COURT**

21  **FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

22       **PLEASE TAKE NOTICE** that on August 30, 2007, Defendant RadioShack

23  Corporation filed with the Superior Court in the State of California, County of

24  Alameda Los Angeles, its Notice to the State Court of Removal of the above-

25  captioned action and notified Plaintiff of the removal, in compliance with

26  ///

27  ///

28  ///

NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

LA1 6652091.1

1  28 U.S.C. Section 1446(d).  A true and correct copy of the Notice to State Court of

2  Removal is attached hereto, without exhibits, as **Exhibit 1.**

3

4  DATED:   August 30, 2007                              SEYFARTH SHAW LLP

5

6                                                        By _David R. Jacobson_

7                                                            Andrew M. Paley
                                                            David D. Jacobson
                                                        Attorneys for Defendant
8                                                        RADIOSHACK CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1 6652091.1

# EXHIBIT "1"





1   SEYFARTH SHAW LLP
    Andrew M. Paley (State Bar No. 149699)
2   David D. Jacobson (State Bar No. 143369)
    2029 Century Park East, Suite 3300
3   Los Angeles, California 90067-3063
    Telephone:     (310) 277-7200
4   Facsimile:     (310) 201-5219

5   Attorneys for Defendant
    RadioShack Corporation

6

7

ENDORSED
FILED
ALAMEDA COUNTY

AUG 8 0 2007

CLERK OF THE SUPERIOR COURT
By Dorothy L. Lee, Deputy

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         FOR THE COUNTY OF ALAMEDA

10

11  RICHARD STUART, individually and on          Case No. RG0 7329680
    behalf of all others similarly situated and the
12  California general public; and DOES 1 through    CLASS ACTION
    1000, Inclusive
13                                                   NOTICE TO STATE COURT AND TO
                    Plaintiffs,                      ADVERSE PARTY OF REMOVAL TO
14                                                   FEDERAL COURT
15          v.
16  RADIOSHACK CORPORATION, a Delaware          Complaint Filed:            06/07/07
    corporation; and DOES 1 through 100,        First Amended Complaint Filed: 07/27/07
17  Inclusive,
18                  Defendants.

19

20      TO THE CLERK OF THE SUPERIOR OF THE STATE OF CALIFORNIA,

21  COUNTY OF ALAMEDA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that on August 30, 2007, Defendant RadioShack Corporation

23  ("RadioShack"), filed with the United States District Court for the Northern District of California

24  a Notice of Removal of the above-captioned action from the Superior Court of the State of

25  California for the County of Alameda. Attached hereto as Exhibit "1" is a true and correct copy

26  of that Notice of Removal with its attached exhibits.

27  ///

28  ///

NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
LA1 6652066.1

3

1       The Superior Court of the State of California for the County of Alameda is hereby

2   advised to proceed no further with this matter unless and until the case is remanded.

3

4   DATED:   August 30, 2007                    SEYFARTH SHAW LLP

5

6                                          By _____
                                              Andrew M. Paley
7                                             David D. Jacobson
                                           Attorneys for Defendant
8                                          RadioShack Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1 6652066.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

On August 30, 2007 I served the following described as **Notice to State Court and to adverse Party of Removal to Federal Court** on the interested parties in this action:

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[and/or]

[ ] by placing [xx] the original and/or [ ] true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[XX]    **(VIA U.S. MAIL)**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed August 30, 2007 at Los Angeles, California.

[ ]    (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

[XX]    (STATE) I declare under penalty under the laws of the State of California that the above is true and correct.

[ ]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cherie Thompson

LA1 6650247.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel:     (213) 387-3400<br>Fax:     (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Paul R. Fine, Esq.<br>Scott A. Brooks, Esq.<br>Craig S. Momita, Esq.<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel:     (310) 556-7900<br>Fax:     (310) 556-7900 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>Law Offices of Ian Herzog<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel:     (310) 458-6660<br>Fax:     (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |

6

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

On August 31, 2007, I served the following described as **Notice of Compliance with 28 U.S.C. § 1446(d)** on the interested parties in this action:

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[and/or]

[ ] by placing [xx] the original and/or [ ] true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[XX] **(VIA U.S. MAIL)**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed August 31, 2007 at Los Angeles, California.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cherie Thompson

LA1 6650247.1

# SERVICE LIST

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel:    (213) 387-3400<br>Fax:   (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Paul R. Fine, Esq.<br>Scott A. Brooks, Esq.<br>Craig S. Momita, Esq.<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel:    (310) 556-7900<br>Fax:   (310) 556-7900 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>Law Offices of Ian Herzog<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel:    (310) 458-6660<br>Fax:   (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |