1  SEYFARTH SHAW LLP
   Andrew M. Paley (SBN 149699)
2  apaley@seyfarth.com
   David D. Jacobson (SBN 143369)
3  djacobson@seyfarth.com
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Attorneys for Defendant
   RADIOSHACK CORPORATION
7

8                UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10

11 RICHARD STUART, individually, and      ) Case No. C07-04499 EMC
   on behalf of all others similarly situated )
12 and the California general public; and  ) [Assigned to Magistrate Judge
   DOES 1 through 1000, inclusive,         ) Edward M. Chen, Courtroom C]
13                                         )
                Plaintiffs,                ) **CERTIFICATION OF**
14                                         ) **INTERESTED ENTITIES OR**
        v.                                 ) **PARTIES**
15                                         )
   RADIOSHACK CORPORATION, a               ) **[LOCAL RULE 3-16]**
16 Delaware corporation; and DOES 1        )
   through 100, inclusive,                 )
17                                         )
                Defendants.                )
18 _____ )

19      TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

20 DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS

21 OF RECORD:

22      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,

23 other than the named parties, there is no such interest to report.

24 DATED:  November 7, 2007              SEYFARTH SHAW LLP

25
                                         By /s/ Andrew M. Paley
26                                          Andrew M. Paley
                                            David D. Jacobson
27                                          Attorneys for Defendant
                                            RADIOSHACK CORPORATION
28

LA1 6664125.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

On November 9, 2007 I served the following described as **Certification of Interested Entities or Parties** on the interested parties in this action:

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[and/or]

[ ] by placing [xx] the original and/or [ ] true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[XX] **(VIA FACSIMILE & MAIL)**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed November 9, 2007 at Los Angeles, California.

[ ]  (BY PERSONAL SERVICE)  I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cherie Thompson

LA1 6664125.1

## SERVICE LIST

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel: (213) 387-3400<br>Fax: (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Paul R. Fine, Esq.<br>Scott A. Brooks, Esq.<br>Craig S. Momita, Esq.<br>DANIELS, FINE, ISRAEL, SCHONBUCH<br>& LEBOVITS LLP<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel: (310) 556-7900<br>Fax: (310) 556-7900 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>LAW OFFICES OF IAN HERZOG<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel: (310) 458-6660<br>Fax: (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |

LA1 6664125.1