UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD STUART,

            Plaintiff(s),

v.

RADIOSHACK CORPORATION

            Defendant(s).

Case No.

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/14/07

            Richard Stuart, Plaintiff
            [Party]

Dated: 11/14/07

            [Counsel] Scott A. Brooks

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD STUART,

             Plaintiff(s),

      v.

RADIOSHACK CORPORATION

            Defendant(s).
_____/

CASE NO. CV07-04499 EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 12/5/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| ANDREW PALEY | DEFENDANT | (310) 201-5224 | apaley@seyfarth.com |
| STEPHEN GLICK | PLAINTIFF | (213) 387-3400 | sglick@glicklegal.com |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/14/07

                                                          Attorney for Plaintiff
                                                          Scott A. Brooks

Dated:_____

                                                          Attorney for Defendant

Rev 12.05