UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD STUART,

CASE NO. CV07-04499 EMC

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

RADIOSHACK CORPORATION

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  12/5/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| ANDREW PALEY | DEFENDANT | (310) 201-5224 | apaley@seyfarth.com |
| STEPHEN GLICK | PLAINTIFF | (213) 387-3400 | sglick@glicklegal.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/14/07

Attorney for Plaintiff

Dated: 11-14-07

Attorney for Defendant

Rev 12.05

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

On November 14, 2007 I served the following described as **Notice of Need for ADR Phone Conference** on the interested parties in this action as stated on the attached mailing list:

[XX] **Electronically by using the Court's ECFCM System.**

and

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[XX] **(VIA U.S. MAIL)**

[  ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed November 14, 2007 at Los Angeles, California.

[  ]  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cherie Thompson

LA1 6652085.1

## SERVICE LIST

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel:  (213) 387-3400<br>Fax:  (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Paul R. Fine, Esq.<br>Scott A. Brooks, Esq.<br>Craig S. Momita, Esq.<br>DANIELS, FINE, ISRAEL, SCHONBUCH<br>     & LEBOVITS LLP<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel:  (310) 556-7900<br>Fax:  (310) 556-2807 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>LAW OFFICES OF IAN HERZOG<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel:  (310) 458-6660<br>Fax:  (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |

LA1 6652085.1