# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RICHARD STUART,

               Plaintiff(s),

v.

RADIOSHACK CORPORATION

               Defendant(s).

Case No.

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Nov. 14. 2007

                            Richard Stuart
                            [Party] Plaintiff

Dated: 11/14/07

                            [Counsel] ~~Scott A. Brooks~~
                            Stephen Glick

Rev. 12/05

LAI 6665090.1

American LegalNet, Inc.
www.USCourtForms.com