UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD STUART,

        Plaintiff(s),

v.

RADIOSHACK CORPORATION

        Defendant(s).

Case No.

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Nov. 14, 2007

        [Party] Richard Stuart, Plaintiff

Dated: 11/14/07

        [Counsel] ~~Scott A. Brooks~~

        Stephen Glick

Rev. 12/05

LAI 6665090.1

TOTAL P.01

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, Suite 1480, Los Angeles, California 90017.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On November 15, 2007, I served copies of the following documents:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

enclosed in a sealed envelope addressed as follows:

Andrew M. Paley
David D, Jacobson
Seyfarth Shaw LLP
2029 Century Park East, Suite 3300
Los Angeles, CA 90067

| | |
|---|---|
| _____ | (BY FACSIMILE) I transmitted an accurate copy via facsimile machine to the following person and telephone number: |
| _____ | (BY PERSONAL SERVICE) I caused such document to be delivered by hand to the addresses(s). |
| __XX__ | (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. |
| __XX__ | (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this November 15, 2007, at Los Angeles, California.

Elvin Cruz