**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** December 20, 2007

**Case No:** C07-4499 EMC                                **FTR Time:**   10:08-10:47 a.m.

**Case Name:** Stuart v. Radioshack, et al.

   **Attorneys:**   Scott Brooks for Plaintiff
                    Andrew Paley for Defendant

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   CMC - Held

**ORDERED AFTER HEARING:**

Parties shall meet and confer and reach agreement on a discovery plan.  Parties agree to private mediation.  Court deferred timing of mediation at this time until the next status conference.  Class Certification hearing set for 7/2/08 at 10:30 .m.  30-day jury trial is tentatively reserved for 6/1/09 at 8:30 a.m.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 2/27/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 2/20/08.

cc: EMC