UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART, et al., | No. C-07-4499 EMC |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| RADIOSHACK CORPORATION, et al., | |
| Defendants. _____/ | |

Following the Case Management Conference held on **12/20/07**, IT IS HEREBY ORDERED THAT:

A further case management conference is set for **2/27/08 at 2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  Updated joint case management conference statement is due **2/20/08.**

Pursuant to Fed.R.Civ.P. 16, IT IS FURTHER ORDERED THAT the following case management and pretrial order is entered:

1.  TRIAL DATE

The Court tentatively reserved **06/01/09** at **8:30 a.m.** for jury trial in Courtroom C, 15th Floor, 450 Golden Gate, San Francisco, CA 94102.  Counsel shall keep that date open until further notice.

b.  The length of the trial will be not more than **thirty (30) court days**.  Court hours for trial are normally 8:30 a.m. to 1:30 p.m.  Wednesdays are normally reserved for law and motion and other matters.

2. <u>DISCOVERY</u>.

   a. Parties shall meet and confer and reach agreement on a discovery plan to be implemented prior to the motion for class certification consistent with this Court's comments at the Case Management Conference (that discovery will not be limited to certification issues given the inter-relationship between merits and certification issues, but that the parties shall focus on primary evidence most directly related to certification issues and will discuss staging, sequencing, sampling, etc.) by January 11, 2008.  Should the parties have any unresolvable dispute regarding the scope of such discovery, they shall submit a short joint letter to the Court outlining the issues in dispute.

   b. Pursuant to Civil L.R. 37-1(b), telephone conferences are available to resolve exigent disputes during a discovery event, such as a deposition, where the resolution during the event likely would result in substantial savings of expense or time.

3. <u>MOTIONS</u>

   a. Plaintiffs to file expert report on class certification and motion for class certification by **05/02/08.**

   b. Defendants to file expert report on class certification and opposition to motion for class certification by **06/02/08.**

   c. Plaintiffs to file reply brief in support of class certification by **06/16/08.**

   d. Hearing on class certification to be held on **07/02/08** at **10:30 a.m.**

4. <u>ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE</u>

The parties agree on private mediation.  The Court defers timing of mediation at this time until the next status conference herein.

Dated: December 20, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge