**SEYFARTH SHAW LLP**
Andrew M. Paley (SBN 149699)
apaley@seyfarth.com
David D. Jacobson (SBN 143369)
djacobson@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
RADIOSHACK CORPORATION

**LAW OFFICES OF STEPHEN GLICK**
Stephen Glick (SBN 59404)
sglick@glicklegal.com
1055 Wilshire Blvd., Suite 1480
Los Angeles, CA 90017
Telephone: (213) 387-3400
Facsimile: (213) 387-782

Daniels, Fine, Israel, Schonbuch & Lebovits, LLP
Scott A. Brooks (SBN 160115)
brooks@dfis-law.com
1801 Century Park East, Ninth Floor
Los Angeles, California 90067
Telephone (310) 556-7900
Facsimile (310) 556-2807

**LAW OFFICES OF IAN HERZOG**
Ian Herzog (SBN 41396)
IH@avlaw.info
233 Wilshire Boulevard, Suite 550
Santa Monica, California 90405
Telephone (310) 458-6660
Facsimile (310) 458-9065

Attorneys for Plaintiff
RICHARD STUART, individually and on behalf of all others similarly situated and the California general public

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RICHARD STUART, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v. | Case No. C07-04499 EMC<br><br>[Assigned to Magistrate Judge Edward M. Chen, Courtroom C]<br><br>**UPDATE TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT (PER COURT ORDER DATED DEC. 20, 2007)** |

LA1 6680405.1

| | | | |
|---|---|---|---|
| 1 | RADIOSHACK CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) ) | Date: February 27, 2008<br>Time: 2:30 p.m.<br>Courtroom: C |
| 2 | | | |
| 3 | Defendants. | | |

At the Scheduling Conference held on December 20, 2007, the Court ordered the parties to meet and confer regarding a discovery plan. The Court's Order of that same day orders the parties to *"meet and confer and reach agreement on a discovery plan to be implemented prior to the motion for class certification consistent with the Court's comments at the Case Management Conference (that discovery will not be limited to certification issues given the inter-relationship between merits and certification issues, but that the parties shall focus on primary evidence most directly related to certification issues and will discuss staging, sequencing, sampling, etc. by January 11, 2008.)"*

The Court subsequently issued an order after the hearing requiring the parties to submit an updated Status Conference Statement on or before February 20, 2008. The parties hereby submit the following update to the Status Conference Statement previously filed on December 6, 2007.

1. **Discovery**: The parties have met and conferred several times since the Court's Order of December 20, 2007 and agreed to the following:

   a. **Identification of Relevant Documents**: Defendant has determined that there are no records in its computer data base that will reflect whether transfers of products between stores were physically made by store employees. Defendant has identified approximately one year's worth of hard-copy records that reflect inter-company transfers of product which may contain information concerning the method of delivery. Those documents are stored at each of the approximately 550 RadioShack stores in California. RadioShack is presently collecting all of those documents in a central location and expects to be finished with collecting the documents within the next 4 weeks (by March 31).

2

LA1 6680405.1

      b.    **Production of Documents to Plaintiff**: The parties have agreed that RadioShack will produce a sample of one month's documents from 10% of RadioShack's California stores. RadioShack shall provide Plaintiff's counsel with a list of store numbers for all California stores and Plaintiff's counsel shall designate 10% of the stores. RadioShack will then produce one month's records from each of the stores designated by Plaintiff's counsel. RadioShack anticipates that the records should be produced to Plaintiff's counsel no later than April 11, 2008.

    2.    **Mediation**: The parties have agreed to private mediation and have agreed on one of two mediators—Michael Wolfram or Joel Grossman—depending upon availability. The parties are in the process of checking availability of the mediators and intend to schedule a mediation for sometime in the month of April or May.

    3.    **Discovery After Mediation**: If mediation is not successful, the parties intend to meet and confer regarding production of additional documents. The parties will have a better idea at that time regarding the volume of available records and what percentage might be reasonably necessary for Plaintiff to evaluate the case for purposes of class certification.

    4.    **Mediation Return Date**: The parties suggest that the Court set a Mediation Return Date for May 21, 2008 or as soon thereafter as practicable. The Parties suggest that the current dates for filing expert reports and motions regarding class certification be vacated and be re-set at the hearing on the Mediation Return Date.

    5.    **Class Certification Expert Reports and Motions**: As set forth in the preceding paragraph, the Parties suggest that the Court vacate the current deadlines for class certification and re-set dates at the hearing for the Mediation Return Date. In the alternative, the Parties suggest that the Court move the class certification dates by approximately 60 days. This will give the Parties time to

LA1 6680405.1

1 | meet and confer and agree upon further reasonable discovery in the event that mediation is not successful.

The current deadlines regarding class certification are as follows:

| | |
|---|---|
| May 2, 2008: | Deadline for Plaintiff to file expert report and motion for class certification. |
| June 2, 2008: | Deadline for Defendant to file expert report and opposition to motion for class certification. |
| June 16, 2008: | Deadline for Plaintiff to file Reply brief in support of class certification. |
| July 2, 2008: | Hearing on motion for class certification. |

DATED: February 20, 2008        SEYFARTH SHAW LLP

By _____
Andrew M. Paley
David D. Jacobson
Attorneys for Defendant
RADIOSHACK CORPORATION


DATED: February 20, 2008        LAW OFFICES OF STEPHEN GLICK

DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS LLP

LAW OFFICES OF IAN HERZOG

By _____
Scott A. Brooks
Attorneys for Plaintiff
RICHARD STUART, individually and on behalf of all others similarly situated and the California general public

4

LA1 6680405.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

On February 20, 2008 I served the following described as **Updated to Joint Case Management Conference Statement (Per Court Order Dated December 20, 2007)** on the interested parties in this action as stated on the attached mailing list:

[XX] **Electronically by using the Court's ECFCM System.**

**AND**

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[XX] **(VIA U.S. MAIL)**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed February 20, 2008 at Los Angeles, California.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cherie Thompson

LA1 6652085.1

## SERVICE LIST

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel: (213) 387-3400<br>Fax: (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Paul R. Fine, Esq.<br>Scott A. Brooks, Esq.<br>Craig S. Momita, Esq.<br>DANIELS, FINE, ISRAEL, SCHONBUCH<br>& LEBOVITS LLP<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel: (310) 556-7900<br>Fax: (310) 556-2807 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>LAW OFFICES OF IAN HERZOG<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel: (310) 458-6660<br>Fax: (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |

LA1 6652085.1