In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

CIVIL MINUTES

E-FILING

**Date:** February 27, 2008

**Case No:** C07-4499 EMC     **FTR Time:**   2:31 -2:37 p.m.

**Case Name:** Stuart v. Radioshack, et al.

**Attorneys:**   Scott Brooks for Plaintiff
Andrew Paley for Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

Status Conference  - Held

**ORDERED AFTER HEARING:**

Private mediation shall be completed by 5/30/08.  Class Certification hearing reset for 10/1/08 at 10:30 .m.   If case is settled, parties shall submit stipulation re final approval process.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 6/4/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 5/28/08.

**cc: EMC**