**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART, et al., | No. C-07-4499 EMC |
| Plaintiffs, | |
| v. | **FIRST AMENDED CASE MANAGEMENT ORDER** |
| RADIOSHACK CORPORATION, et al., | |
| Defendants. _____/ | |

Following the Case Management Conference held on **2/27/08**, IT IS HEREBY ORDERED THAT:

A further case management conference is set for **6/4/08 at 2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Updated joint case management conference statement is due **5/28/08.**

Pursuant to Fed.R.Civ.P. 16, IT IS FURTHER ORDERED THAT the following case management and pretrial order is entered:

1. <u>TRIAL DATE</u>

The Court tentatively reserved **06/01/09** at **8:30 a.m.** for jury trial in Courtroom C, 15th Floor, 450 Golden Gate, San Francisco, CA 94102. Counsel shall keep that date open until further notice.

FIRST AMENDED CASE MANAGEMENT CONFERENCE

      b.      The length of the trial will be not more than **thirty (30) court days**. Court hours for trial are normally 8:30 a.m. to 1:30 p.m. Wednesdays are normally reserved for law and motion and other matters.

2. <u>DISCOVERY</u>.

    a.    Discovery shall proceed as described in the joint case management conference statement and as discussed at the conference.

3. <u>MOTIONS</u>

    a.    Plaintiffs to file expert report on class certification and motion for class certification by **08/1/08.**

    b.    Defendants to file expert report on class certification and opposition to motion for class certification by **09/2/08.**

    c.    Plaintiffs to file reply brief in support of class certification by **09/15/08.**

    d.    Hearing on class certification to be held on **10/01/08** at **10:30 a.m.**

4. <u>ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE</u>

The parties agree on private mediation. Mediation shall be completed by **5/30/08.**

Dated: February 28, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

FIRST AMENDED CASE MANAGEMENT CONFERENCE