1  **SEYFARTH SHAW LLP**
   Andrew M. Paley (SBN 149699)
2  *apaley@seyfarth.com*
   David D. Jacobson (SBN 143369)
3  *djacobson@seyfarth.com*
   2029 Century Park East, Suite 3300
4  Los Angeles, CA 90067-3063
   Telephone:  (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendant
   RADIOSHACK CORPORATION
7
   **LAW OFFICES OF STEPHEN GLICK**
8  Stephen Glick (SBN 59404)
   *sglick@glicklegal.com*
9  1055 Wilshire Blvd., Suite 1480
   Los Angeles, CA 90017
10 Telephone:  (213) 387-3400
   Facsimile:   (213) 387-7872
11
   **DANIELS, FINE ISRAEL, SCHONBUCH**
12     **& LEBOVITIS, LLP**
   Scott A. Brooks (SBN 160115)
13 *brooks@dfis-law.com*
   1801 Century Park East, Ninth Floor
14 Los Angeles, CA 90067
   Telephone:  (310) 556-7900
15 Facsimile:   (310) 556-2807

16 **LAW OFFICES OF IAN HERZOG**
   Ian Herzog (SBN 41396)
17 *IH@avlaw.info*
   233 Wilshire Blvd., Suite 550
18 Santa Monica, CA 90405
   Telephone:  (310) 458-6660
19 Facsimile:   (310) 458-9065

20 Attorneys for Plaintiff
   RICHARD STUART, individually and on behalf of all others similarly situated
21 and the California general public

22                UNITED STATES DISTRICT COURT

23         NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| 24  RICHARD STUART, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v. | Case No. C07-04499 EMC<br><br>[Assigned to Magistrate Judge Edward M. Chen, Courtroom C]<br><br>**STIPULATION AND REQUEST TO CONTINUE DATES FOR (1) UPDATED JOINT STATUS CONFERENCE REPORT, (2)** |

LA1 6696321.1

| | | |
|---|---|---|
| 1 | RADIOSHACK CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive, ) ) ) ) | STATUS CONFERENCE AND (3) MEDIATION COMPLETION DATE |
| 2 | | |
| 3 | Defendants. ) ) ) | [PROPOSED ORDER FILED CONCURRENTLY HEREWITH] |
| 4 | | |

1. At the last scheduling conference on February 27, 2008, the parties agreed to exchange informal discovery and participate in private mediation. The parties thereafter scheduled a mediation with Joel Grossman for April 30, 2008. The Court ordered that the mediation be completed by May 30, and reset the class certification hearing for October 1, 2008. The court set a further status conference for June 4, 2008, with and updated Status Conference Statement to be filed by May 28, 2008.

2. By order dated March 17, 2008, the Court changed the status conference from June 4, 2008 to May 28, 2008, and ordered that the updated joint status conference statement be filed by May 21, 2008.

3. Due to conflicts which arose as a result of a trial that went longer than expected, the parties were unable to conduct the mediation on April 30, and therefore it was agreed to move the mediation to the next available date. The next available full day for mediation was late in the summer. But Mr. Grossman was available for one-half day on May 21, 2008. The parties therefore scheduled Mr. Grossman for one-half day of mediation on May 21, 2008.

4. Mr. Grossman's office recently informed the parties that his schedule would allow for a full day of mediation on June 20 or July 7. The parties are not available on June 20, but July 7 will work as a date for the mediation. Attorneys for each of the parties are of the opinion that mediation is likely to be more productive if they can work a full day with Mr. Grossman. Therefore, the parties have tentatively re-scheduled the mediation for the next available full day of mediation, which is July 7, 2008.

5. The parties jointly request that the Court continue the dates regarding the updated status conference report, status conference hearing and mediation completion date as follows:

- Updated Joint Status Conference Report -- continued from May 21 to July 14, 2008.
- Status Conference -- continued from May 28, 2008 to July 21, 2008.
- Mediation (completion date) -- continued from May 30, 2008 to July 31, 2008.

6. This short continuance will facilitate the parties' efforts to successfully mediate the case, and, in the event mediation is not successful, will result in a more meaningful updated status report to the Court after the new mediation date of July 7, 2008.

DATED: May 19, 2008

SEYFARTH SHAW LLP

By _____
Andrew M. Paley
David D. Jacobson
Attorneys for Defendant
RADIOSHACK CORPORATION

DATED: May 19, 2008

LAW OFFICES OF STEPHEN GLICK

DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS LLP

LAW OFFICES OF IAN HERZOG

By _____
Scott Brooks
Attorneys for Plaintiff
RICHARD STUART, individually and on behalf of all others similarly situated and the California general public

3

LA1 6696321.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

On May 19, 2008 **Stipulation to Continue Updated Status Conference Report Deadline, Status Conference and Mediation Completion Date** in this action as stated on the attached mailing list:

[XX] **Electronically by using the Court's ECFCM System.**

    **AND**

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[XX] **(VIA U.S. MAIL)**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed May 19, 2008 at Los Angeles, California.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on _____ at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cherie Thompson

LA1 6696321.1

## SERVICE LIST

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel:  (213) 387-3400<br>Fax: (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Scott A. Brooks, Esq.<br>Paul R. Fine, Esq.<br>Craig S. Momita, Esq.<br>DANIELS, FINE, ISRAEL, SCHONBUCH<br>    & LEBOVITS LLP<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel:  (310) 556-7900<br>Fax: (310) 556-2807 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>LAW OFFICES OF IAN HERZOG<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel:  (310) 458-6660<br>Fax: (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |

LA1 6696321.1