UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RICHARD STUART, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C07-04499 EMC<br><br>[Assigned to Magistrate Judge Edward M. Chen, Courtroom C]<br><br>[~~PROPOSED~~] ORDER TO CONTINUE DATES FOR (1) UPDATED STATUS CONFERENCE REPORT, (2) STATUS CONFERENCE AND (3) MEDIATION COMPLETION DATE |

The Court has considered the stipulation of counsel with respect to the request for a continuance of the dates for an updated status conference report, status conference and mediation completion date. The Court finds that good cause exists to continue the dates as requested in the stipulation.

**IT IS HEREBY ORDERED** that the date for the parties to submit an updated joint status conference report is continued from May 21, 2008 to July ~~14~~ 16, 2008; the status conference is continued from May 28, 2008 to July ~~21~~ 23, 2008 at 2:30 p.m. and the mediation completion date is extended from May 30, 2008 to July 31, 2008.

Dated: May 21, 2008

_____
Edward M. Chen
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

LA1 6696331.2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063.

    On May 19, 2008 I served the following described as **[Proposed] Order to Continue Dates for (1) Updated Status Conference Report, (2) Status Conference and (3) Mediation Completion Date** in this action as stated on the attached mailing list:

[XX] **Electronically by using the Court's ECFCM System.**

    **AND**

[XX] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list:

[XX] **(VIA U.S. MAIL)**

    [ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

    [xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

    Executed May 19, 2008 at Los Angeles, California.

[ ]    (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

    Executed on _____ at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                /s/
                            Cherie Thompson

LA1 6696331.2

## SERVICE LIST

*Richard Stuart, et al. v. RadioShack Corporation, et al.*

| | |
|---|---|
| Stephen Glick, Esq.<br>LAW OFFICES OF STEPHEN GLICK<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Tel:  (213) 387-3400<br>Fax: (213) 387-7872 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Scott A. Brooks, Esq.<br>Paul R. Fine, Esq.<br>Craig S. Momita, Esq.<br>DANIELS, FINE, ISRAEL, SCHONBUCH<br>    & LEBOVITS LLP<br>1801 Century Park East, Ninth Floor<br>Los Angeles, CA 90067<br>Tel:  (310) 556-7900<br>Fax: (310) 556-2807 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |
| Ian Herzog, Esq.<br>LAW OFFICES OF IAN HERZOG<br>233 Wilshire Blvd., Suite 550<br>Santa Monica, CA 91401<br>Tel:  (310) 458-6660<br>Fax: (310) 458-9065 | Attorneys for Plaintiff<br>Richard Stuart, individually and on behalf of all others similarly situated and the California general public |

LA1 6696331.2