**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 23, 2008

**Case No:** C07-4499 EMC                                    **Time:** 2:51-3:08 p.m.

**Case Name:** Stuart v. Radioshack

    **Attorneys:**   Scott Brooks for Plaintiff
                          Andrew Paley for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

STATUS CONFERENCE - Held


**ORDERED AFTER HEARING:**   30-day jury trial set for 6/1/2009 at 8:30 a.m.  This case has already been referred to private mediation. Class certification deadlines extended 60 days. Class Certification hearing reset from 10/1/08 at 10:30 a.m. to 12/3/08 at 3:00 p.m. Court to issue other deadlines in the case management conference order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 8/20/08 at 2:30 p.m. for Status Conference


**cc: EMC**