**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART, etc., | No. C07-4499 EMC |
| Plaintiff, | |
| v. | **AMENDED CLERK'S NOTICE** |
| RADIOSHACK CORPORATION, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status Conference set for August 27, 2008 at 2:30 p.m. is reset back to **August 20, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Status Conference Statement shall be filed by August 13, 2008.

Dated: August 6, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy