**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 20, 2008

**Case No:** C07-4499 EMC                                          **Time:** 2:33-3:16 p.m.

**Case Name:** Stuart v. Radioshack

    **Attorneys:**   Stephen Glick for Plaintiff
                           Andrew Paley for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

STATUS CONFERENCE - Held

**ORDERED AFTER HEARING:** Parties shall meet and confer on discovery disputes. Instead of filing formal motions, parties shall submit joint letter on unresolved issues to court for resolution expeditiously. 30-day jury trial remains to begin on 6/1/2009 at 8:30 a.m. Class certification hearing already set for 12/3/08 at 3:00 p.m. Parties may submit stipulation to extend briefing schedule of class certification motion.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

**cc: EMC**