```
LAW OFFICES OF STEPHEN GLICK
Stephen Glick (SBN 59404)
sglick@glicklegal.com
1055 Wilshire Boulevard, Suite 1480
Los Angeles, California 90017
Telephone: (213) 387-3400
Facsimile:  (213) 387-7872

DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP
Scott A. Brooks (SBN 160115)
brooks@dfis-law.com
1801 Century Park East, Ninth Floor
Los Angeles California 90067
Telephone: (310) 556-7900
Facsimile:  (310) 556-2807

LAW OFFICES OF IAN HERZOG
Ian Herzog (SBN 41396)
IH@avlaw.info
233 Wilshire Boulevard, Suite 550
Santa Monica, California 91401
Telephone: (310) 458-6660
Facsimile:  (310) 458-9065

Attorneys for Plaintiff Richard Stuart
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RADIOSHACK CORPORATION, et al.,<br><br>　　　　　Defendants. | No. C-07-4499 EMC<br><br>**ORDER CHANGING TIME** [P̶R̶O̶P̶O̶SED]̲ |

　　　The Court, having considered the stipulated request of the parties for an order changing time, finds that good cause exists for granting the relief sought; therefore,

　　　IT IS ORDERED:

(1) Notice of Plaintiff's Amended Motion for Leave to File Second Amended Complaint (previously served, filed and noticed for hearing on January 28, 2009) is shortened to allow the motion to be heard on January 20, 2009, at ~~10:30 a.m.~~ 3:30 p.m. in Department C, to be heard simultaneously with Plaintiff's motion for class certification.

(2) The new hearing date on Plaintiff's Amended Motion for Leave to File Second Amended Complaint (previously noticed for January 28, 2009) is January 20, 2009, at ~~10:30 a.m.~~ 3:30 p.m. in Department C, to be heard simultaneously with Plaintiff's motion for class certification.

(3) Plaintiff's reply brief is to be served and filed no later than January 14, 2009.

Dated: January 12, 2009

THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

2

No. C-07-4499 EMC
Order Changing Time