UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART,<br><br>        Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION,<br><br>        Defendant.<br>_____/ | No. C-07-4499 EMC<br><br>**ORDER RE CLASS NOTICE** |

Attached to this order is a copy of the class notice that has been approved by the Court.

For the reasons stated on the record, the Court has modified the proposed class notice submitted by the parties based on the discussion between the Court and the parties at the status conference held on May 20, 2009. *See* Docket No. 105 (civil minutes).

As to the one issue left in dispute at the conclusion at the conference, *i.e.*, whether contact information for defense counsel should be provided in the notice, the Court rules as follows. The Court concludes that such information should not be included in the class notice. Although not all courts are in agreement, most courts have held that, "[o]nce a class has been certified, the rules governing communications [with class members] apply as though each class member is a client of the class counsel." Manual of Complex Litig. § 21.33, at 300 (4th ed. 2004). *See, e.g.*, *Kleiner v. First Nat'l Bank of Atlanta*, 751 F.2d 1193, 1207 n.28 (11th Cir. 1985) (stating that, "[a]t a minimum, class counsel represents all class members as soon as a class is certified"); *Erhardt v. Prudential Group*, 629 F.2d 843, 845 (2d Cir. 1980) (stating that, "[o]nce a class has been certified, the rules governing communications apply as though each class member is a client of the class

counsel"); *Parks v. Eastood Ins. Servs.*, 235 F. Supp. 2d 1082, 1083 (C.D. Cal. 2002) (stating that, "[i]n a class action certified under Rule 23, . . . absent class members are considered represented by class counsel unless they choose to 'opt out'"). Contact by defense counsel with class members who have not opted out thus runs the risk of violating ethical rules. *See, e.g.*, *Tedesco v. Mishkin*, 629 F. Supp. 1474, 1483 (S.D.N.Y. 1986) (concluding that, "[b]y communicating with the class members after this court had orally certified the class, Mishkin also violated DR 7-104(A)," which bars an attorney from communicating with a party he or she knows to be represented by counsel); *see also* 4 Newberg on Class Actions § 15:15 (taking note of ethical concern). Since defense counsel may not discuss the case with class members, little purpose is served by including the contact information. Including contact information for defense counsel in the class notice risks inadvertent inquiries, thus engendering needless confusion. Hence, the Court rules this contact information should not be included in the class notice.

IT IS SO ORDERED.

Dated: June 3, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge