UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART, | No. C-07-4499 EMC |
| Plaintiff, | |
| v. | **SECOND ORDER RE CLASS NOTICE** |
| RADIOSHACK CORPORATION, | |
| Defendant. | |
| _____/ | |

The Court held a telephonic hearing on July 8, 2009, to address concerns regarding the timing of notice to the class. This order memorializes the rulings made by the Court at the hearing.

(1) Defendant shall provide the final class list to the class administrator by **July 17, 2009**.

(2) The class administrator shall issue the notice to the class by **July 24, 2009**.

Plaintiff shall immediately serve a copy of this order on the class administrator.

IT IS SO ORDERED.

Dated: July 9, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge