UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD STUART,

        Plaintiff,

    v.

RADIOSHACK CORPORATION,

        Defendant.
_____/

No. C-07-4499 EMC

**ORDER RE OPT-OUT PERIOD**

Based on the Court's review of the record, it appears that the issue regarding the opt-out period -- *i.e.*, how much time would be given to class members to opt out of the class -- has not been formally adjudicated. In a prior filing, Defendant proposed 45 days. *See* Docket No. 85 (Def.'s St. at 4). At the telephonic hearing held on July 8, 2009, Plaintiff stated that he was amenable to 30 days.

In light of the approaching trial, as well as the relatively simple nature of this action and uncomplicated content of the class notice, the Court hereby orders that the opt-out period shall be 30 days. This timing is fair to the class because all that class members are being asked to do at this point is whether they wish to be part of the class. They are not, *e.g.*, being asked to file a proof of claim (and even if they were it is common to have a 30-day response period). *Cf.* 3 Newberg on Class Actions § 8:37 (4th ed.) ("An examination of settlement notices that require a proof of claim

///

///

///

response shows a range of approximately 30-day to 180-day intervals, with the bulk of notices directing 30- to 60-day intervals between mailing or publishing class notice and the filing of an affirmative response by class members."). The nature of the claim is relatively straightforward.

IT IS SO ORDERED.

Dated: July 9, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge