United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STUART, | No. C-07-4499 EMC |
| Plaintiff, | |
| v. | **FURTHER CASE MANAGEMENT CONFERENCE ORDER** |
| RADIOSHACK CORPORATION, | |
| Defendant. | |
| _____/ | |

A further case management conference was held on August 17, 2009. The Court hereby orders as follows.

The parties shall file simultaneous briefs on the legal question whether equitable defenses (*e.g.*, laches and estoppel) may be asserted against the Labor Code § 2802 claim. The Court will treat the matter as cross-motions for partial summary adjudication. Briefs shall be filed by August 24, 2009.

The parties will also file simultaneous briefs on the legal question whether equitable defenses may be asserted against PAGA claims and the standards by which damages, if any, are to be assessed. The Court will treat the matter as cross-motions for partial summary adjudication. Briefs shall be filed by August 27, 2009.

The Court defers RadioShack's request to interview individuals who have opted out and to take the depositions of unnamed class members, pending determination whether equitable defenses may be asserted against a Labor Code § 2802 claim and whether to bifurcate the 2802 claims from the equitable claims (*e.g.*, under Bus. and Prof. Code § 17,200 (the "UCL claim")).

1    Plaintiffs shall forthwith disclose the new substitute class representative and file a pleading
2 making the formal substitution. That class representative shall be available for deposition.
3    The parties shall immediately meet and confer regarding their calculations on damages.
4    A further case management conference will be held on August 19, 2009, at 3:15 p.m. to
5 discuss damages, possible bifurcation of the equitable claims and the § 2802 claims for trial, and
6 timing of the pretrial conference statement.

8    IT IS SO ORDERED.

10 Dated: August 18, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2