1  LAW OFFICES OF STEPHEN GLICK
2  Stephen Glick (SBN 59404)
   sglick@glicklegal.com
3  1055 Wilshire Boulevard, Suite 1480
   Los Angeles, California 90017
4  Telephone: (213) 387-3400
   Facsimile:  (213) 387-7872
5

6  DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP
   Scott A. Brooks (SBN 160115)
7  brooks@dfis-law.com
   1801 Century Park East, Ninth Floor
8  Los Angeles California 90067
9  Telephone: (310) 556-7900
   Facsimile:  (310) 556-2807
10

11 LAW OFFICES OF IAN HERZOG
   Ian Herzog (SBN 41396)
12 IH@avlaw.info
   Susan E. Abitanta (SBN 109485)
13 sa@avlaw.info
14 233 Wilshire Boulevard, Suite 550
   Santa Monica, California 91401
15 Telephone: (310) 458-6660
   Facsimile:  (310) 458-9065
16

17 Attorneys for Plaintiff Richard Stuart

18            UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA

20

21 RICHARD STUART, individually and on       No. C-07-4499 EMC
   behalf of all others similarly situated and the   **CLASS ACTION**
22 California general public,
23                          Plaintiffs,        **STATEMENT OF FACT OF DEATH
                                               OF PLAINTIFF RICHARD STUART**
24    v.
25 RADIOSHACK CORPORATION, a Delaware   Date:   September 30, 2009
   corporation; DOES ONE through 100,          Time:   10:30 a.m.
26 inclusive,                                  Ctrm:   C
27                          Defendants.
28

                                  1

1    Pursuant to Federal Rules of Civil Procedure, rule 25(a)(1), counsel for the certified class

2  Plaintiffs hereby gives notice that Plaintiff Richard Stuart died on July 27, 2009, during the

3  pendency of this action.

4

5  Dated: September 15, 2009                               Respectfully submitted,

6                                                          LAW OFFICES OF STEPHEN GLICK

7                                                          DANIELS, FINE, ISRAEL,
                                                              SCHONBUCH & LEBOVITS, LLP
8                                                          LAW OFFICES OF IAN HERZOG

9

   By_____
10                                                              Stephen Glick
                                                             sglick@glicklegal.info
11                                                         Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

State of California )
County of Los Angeles )

3

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address
is 1055 Wilshire Blvd., Ste. 1480, Los Angeles, California 90017. On September    , 2009, I served the within document(s):

4

# STATEMENT OF FACT OF DEATH

5

6

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

7

| XX | **BY FACSIMILE TRANSMISSION**  I transmitted said document(s) via facsimile

8

machine pursuant to C.R.C. rule 2006 to fax number FACSIMILE NUMBER.  The facsimile machine I used complied
with rule 2003 and no error was reported by the machine.  Pursuant to rule 2006, I caused the machine to print a
transmission record of the transmission, a copy of which is attached to this declaration.

9

10

| XX | **BY MAIL**  I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing.  Under that practice a true copy would be deposited with U.S. postal service on
that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am
aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing in affidavit.

11

12

13

| | **BY PERSONAL SERVICE**  I caused personal delivery by ATTORNEY SERVICE
of said document(s) to the offices of the addressee(s) as set forth on the attached mailing list.

14

| | **BY OVERNIGHT DELIVERY SERVICE**  I caused such envelope to be deposited
with an overnight delivery service (Overnite Express/Federal Express) for delivery the next court day, or at most,
within two court days of the above date.

15

16

| | (State)  I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

17

18

| XX | (Federal)  I declare that I am employed in the office of a member of the bar of this
court at whose direction the service was made.

19

Executed on September 15, 2009, at Los Angeles, California.

20

21

Elvin Cruz

22

23

24

25

26

27

28

3

1

<u>Service List</u>

2

3  Paul R. Fine
   Scott A. Brooks
4  Craig S. Momita
   DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS
5  1801 Century Park East, Ninth Floor
   Los Angeles, CA 90067
6  Fax (310) 556-2807

7

8  Ian Herzog
   LAW OFFICES OF IAN HERZOG
9  233 Wilshire Blvd., Suite 550
   Los Angeles, CA 90401
10 Fax (310) 458-9065

11 Andrew M. Paley
   David Jacobson
12 SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3300
13 Los Angeles, CA 90067
   Fax: (310) 201-5219
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4