SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699) *apaley@seyfarth.com*
David D. Jacobson (SBN 143369) *djacobson@seyfarth.com*
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RICHARD STUART, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C07-04499 EMC<br><br>[Assigned to Magistrate Judge Edward M. Chen, Courtroom C]<br><br>**DEFENDANT RADIOSHACK CORPORATION'S TRIAL EXHIBIT LIST**<br><br>Pre-Trial Conference: 10/5/2009<br>Trial date: 10/9/2009 |

The Court has indicated that it intends to enter summary judgment in favor of Plaintiffs with respect to liability on Plaintiffs' Labor Code Section 2802 claim, as well as RadioShack's affirmative defenses of estoppel and laches. This exhibit list is submitted on the assumption that summary judgment is entered as indicated. If the Court does not enter summary judgment on these claims and defenses, RadioShack reserves the right to supplement this exhibit list. RadioShack submits the following list of exhibits:

A.  ICST Form No. 4776, dated 1/30/09, attached as exhibit 7 to Vargas Deposition. Sponsoring witnesses: Thomas Schultz and/or Ramon Vargas. Substance and Purpose: Example of ICST and descriptions of fields/reasons for ICSTs.

B.  ICST Form No. 4913, dated 5/10/08, attached as exhibit 8 to Vargas Deposition. Sponsoring witness: Thomas Schultz and/or Ramon Vargas. Substance and Purpose: Example of ICST and descriptions of fields/reasons for ICSTs.

C.  ICST Form No. 2925, dated 7/20/07. Bates-numbered RS 0068. Sponsoring witness: Thomas Schultz. Substance and Purpose: Example of ICST and descriptions of fields/reasons for ICSTs.

D.  ICST Form No. 4146, dated 7/25/07. Bates-numbered RS 0100. Substance and Purpose: Example of ICST and descriptions of fields/reasons for ICSTs. Sponsoring witness: Thomas Schultz. Substance and Purpose: Example of ICST and descriptions of fields/reasons for ICSTs.

E.  ICST Form No. 16817, dated 7/18/07. Bates-numbered RS 0102. Sponsoring witness: Thomas Schultz. Substance and Purpose: Example of ICST and descriptions of fields/reasons for ICSTs.

1  F.  ICST Form No. 3720, dated 7/14/07. Bates-numbered RS 0109.
2      Sponsoring witness: Thomas Schultz. Substance and Purpose:
3      Example of ICST and descriptions of fields/reasons for ICSTs.
4  G.  ICST Form No. 2307, dated 7/14/07. Bates-numbered RS 0115.
5      Sponsoring witness: Thomas Schultz. Substance and Purpose:
6      Example of ICST and descriptions of fields/reasons for ICSTs.
7  H.  ICST Form No. 2678, dated 7/12/07. Bates-numbered RS 0129.
8      Sponsoring witness: Thomas Schultz. Substance and Purpose:
9      Example of ICST and descriptions of fields/reasons for ICSTs.
10 I.  ICST Form No. 3689, dated 7/13/07. Bates-numbered RS 0179.
11     Sponsoring witness: Thomas Schultz. Substance and Purpose:
12     Example of ICST and descriptions of fields/reasons for ICSTs.
13 J.  ICST Form No. 6044, dated 7/23/07. Bates-numbered RS 0199.
14     Sponsoring witness: Thomas Schultz. Substance and Purpose:
15     Example of ICST and descriptions of fields/reasons for ICSTs.
16 K.  ICST Form No. 4023, dated 7/05/07. Bates-numbered RS 0205.
17     Sponsoring witness: Thomas Schultz. Substance and Purpose:
18     Example of ICST and descriptions of fields/reasons for ICSTs.
19 L.  ICST Form No. 2386, dated 7/17/07. Bates-numbered RS 0220.
20     Sponsoring witness: Thomas Schultz. Substance and Purpose:
21     Example of ICST and descriptions of fields/reasons for ICSTs.
22 M.  ICST Form No. 2775, dated 7/09/07. Bates-numbered RS 0238.
23     Sponsoring witness: Thomas Schultz. Substance and Purpose:
24     Example of ICST and descriptions of fields/reasons for ICSTs.
25 N.  Disc containing database of California ICSTs from January 1, 2003,
26     bates-number DEF0003376. Sponsoring witness: Donald Fairies.
27     Substance and Purpose: List of all California ICSTs from January 1,
28     2003, including method of transport and reason for ICST.

1  O.  Document entitled "Store Transfers," bates-numbered DEF0003191-DEF0003195. Sponsoring witness: Thomas Schultz. Substance and Purpose: Describes RadioShack's policy regarding ICSTs.

P.  Screen Shots of ICST input screen on POS computer, bates-numbered DEF0003377-DEF0003379. Sponsoring witnesses: Thomas Schultz and/or Donald Fairies. Substance and Purpose: Screen shots that show information required from employees who fill out ICST forms.

Q.  Filtered list of ICST data base containing potential personal employee ICSTs and mileage calculations. Sponsoring witness: Michael Buchanan. Substance and Purpose: RadioShack's analysis of which ICSTs are potential employee personal transfers for rebuttal purposes regarding potential damages.

R.  RadioShack Time and Attendance Records, disc bates-numbered DEF003391. Sponsoring witness: Thomas Schultz. Substance and Purpose: Records regarding names of employees and time employed—to be used to determine whether transfers were potentially done by RadioShack employees.

S.  Demonstratives Regarding Potential Damage Calculations. Sponsoring witness: Michael Buchanan. Substance and Purpose: Illustration of methodology used to calculate potential damages (for rebuttal purposes).

Dated: September 29, 2009          SEYFARTH SHAW LLP

By: /s/ David D. Jacobson
     Andrew M. Paley
     David D. Jacobson
Attorneys for Defendant
RADIOSHACK CORPORATION

Email: djacobson@seyfarth.com

3
DEFENDANT'S EXHIBIT LIST

LA1 6902436.3                                    Case No. CV07-04499 EMC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3500, Los Angeles, CA 90067-3021.

On September 29, 2009, I served the following described document(s) on the interested parties in this action:

**DEFENDANT RADIOSHACK CORPORATION'S
TRIAL EXHIBIT LIST**

[XX] **Electronically by using the Court's ECFCM System on the following parties:**

Stephen Glick, Esq.
Law Offices of Stephen Glick
1055 Wilshire Blvd., Suite 1480
Los Angeles, CA 90017

Scott A. Brooks, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits LLP
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067

**AND**

[XX] **(VIA U.S. MAIL)**

[xx] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated below on the following parties:

Ian Herzog, Esq.
Law Offices of Ian Herzog
233 Wilshire Blvd., Suite 550
Santa Monica, CA 91401
Attorneys for

Craig S. Momita, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed September 29, 2009, at Los Angeles, California.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Lisa A. McMihelk*
Lisa A. McMihelk

Certificate of Service
Case No. CV07-04499 EMC

LA1 6902436.3