SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
apaley@seyfarth.com
David D. Jacobson (SBN 143369)
djacobson@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RICHARD STUART, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C07-04499 EMC<br><br>[Assigned to Magistrate Judge Edward M. Chen, Courtroom C]<br><br>**DEFENDANT RADIOSHACK CORPORATION'S EXHIBIT SETTING FORTH THE QUALIFICATIONS OF MICHAEL J. BUCHANAN WITH REGARD TO REBUTTAL TESTIMONY ON DAMAGES CALCULATIONS**<br><br>Pretrial Conference: 10/5/2009<br>Trial date: 10/9/2009 |

Attached hereto as Exhibit "A" is the curriculum vitae of Michael J. Buchanan setting forth his qualifications to testify with regard to calculation of potential damages in this matter. RadioShack designates Mr. Buchanan solely for purposes of rebuttal and impeachment of any witness designated by Plaintiffs to testify regarding potential damages in this case.

DATED: September 29, 2009                    SEYFARTH SHAW LLP

                                             By:  /s/ David D. Jacobson
                                                  Andrew M. Paley
                                                  David Jacobson
                                                  Attorneys for Defendant
                                                  RADIOSHACK CORPORATION

---

1

Defendant RadioShack Corporation's Exhibit Setting Forth
the Qualifications of Michael J. Buchanan with Regard to
Rebuttal Testimony On Damages Calculations

LA1 6902633.11

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2029 Century Park East, Suite 3500, Los Angeles, CA 90067-3021.

On September 29, 2009, I served the following described document(s) on the interested parties in this action:

**DEFENDANT RADIOSHACK CORPORATION'S EXHIBIT SETTING FORTH THE QUALIFICATIONS OF MICHAEL J. BUCHANAN WITH REGARD TO REBUTTAL TESTIMONY ON DAMAGES CALCULATIONS**

[xx] **Electronically by using the Court's ECF/CM System on the following parties:**

Stephen Glick, Esq.
Law Offices of Stephen Glick
1055 Wilshire Blvd., Suite 1480
Los Angeles, CA 90017

Scott A. Brooks, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits LLP
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067

**AND**

[xx] **Via U.S. Mail:**

[xx] by placing the true copies thereof enclosed in sealed envelopes, addressed as stated below on the following parties:

Ian Herzog, Esq.
Law Offices of Ian Herzog
233 Wilshire Blvd., Suite 550
Santa Monica, CA 91401

Craig S. Momita, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067

[xx] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed September 29, 2009, at Los Angeles, California.

[xx] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Lisa A. McMihelk*
Lisa A. McMihelk

Certificate of Service
Case No. CV07-04499 EMC